UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY GILKES | CIVIL ACTION |
| VERSUS | NO: |
| RC OFFSHORE, L.L.C., RC LOGISTICS, L.L.C., AND GULF SOUTH PIPELINE COMPANY, LP | JUDGE: |
| | MAGISTRATE |
| | RULE 9(h) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

The Complaint of Jeffrey Gilkes ("Plaintiff"), a person of majority age residing in Tomball, Harris County, Texas, with respect represents:

1.

Named as defendants herein are:

a) RC Offshore, L.L.C., a limited liability company authorized to do and doing business in this state and judicial district at all material times;

b) RC Logistics, L.L.C., a limited liability company authorized to do and doing business in this state and judicial district at all material times; and

c) Gulf South Pipeline Company, LP, a limited partnership authorized to do and doing business in this state and judicial district at all material times.

## FOR A FIRST CAUSE OF ACTION

2.

On or around April 28, 2013, Plaintiff was a maritime employee, employed as a supervisor for Pipeline Services International, LLC, and covered under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §901, et seq..

3.

At all material times, defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C., owned and/or operated the M/V MS ADDISON, a vessel in navigation.

4.

On or around April 28, 2013, Plaintiff was a passenger aboard the M/V MS ADDISON as the M/V MS ADDISON traveled to Fresh Water City, Louisiana from Plaintiff's job offshore.

5.

On or around April 28, 2013, Plaintiff was sitting in the television room aboard the M/V MS ADDISON when the vessel, suddenly and without warning, and through no fault of Plaintiff, struck a platform in the Gulf of Mexico.

6.

As a result of the above-described incident, Plaintiff was thrown from his chair and suffered severe, permanent and disabling injuries to his left shoulder and extremities, including his left forearm, wrist, and fingers; and connective nerves, muscles, joints and tissues.

7.

The above-described incident was caused by no fault of Plaintiff and was caused by the negligence and negligence per se of defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C., as well as the unseaworthiness of the M/V MS ADDISON.

8.

Defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C., through their officers, directors, and managing agents, had or should have had privity and knowledge of their negligence and negligence per se, as well as of the unseaworthiness of the M/V MS ADDISON at the time of the incident.

9.

As a result of the incident described herein, Plaintiff has suffered lost wages, a greatly impaired wage earning capacity, past, present and future physical and mental pain and suffering, including past and future medical care, surgery, possible future surgeries, and permanent physical disability and scarring, for which losses he is entitled to damages in an amount to be determined by this Honorable Court.

10.

Defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C., in their capacity as vessel owner(s) and/or operator(s) of the M/V MS ADDISON, are liable to Plaintiff for the damages described herein pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §905(b).

11.

Jurisdiction of all claims herein against defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C. is based upon the general maritime law of the United States.

**FOR A SECOND CAUSE OF ACTION**

12.

Defendant Gulf South Pipeline Company, LP owned the platform with which the M/V MS ADDISON allided on or around April 23, 2013.

13.

Upon information and belief, at the time of the allision, the platform was inadequately lit and failed to maintain proper operational and safety equipment.

14.

In conjunction with the negligence and negligence per se of defendants RC Offshore, L.L.C. and/or RC Logistics, L.L.C., the negligence and negligence per se of defendant Gulf South Pipeline Company, LP jointly and severally caused the injuries to Plaintiff as previously described.

15.

Defendant Gulf South Pipeline Company, LP, in its capacity as a third-party tortfeasor, is liable to Plaintiff for the damages described herein pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §933.

16.

Jurisdiction of all claims herein against defendant Gulf South Pipeline Company, LP is based upon the general maritime law of the United States.

17.

Plaintiff hereby brings this matter before this Honorable Court as an admiralty or maritime claim under Fed. R. Civ. Proc. Rule 9(h).

**WHEREFORE**, Jeffrey Gilkes, a person of majority age residing in Tomball, Harris County, Texas, prays for judgment against defendants RC Offshore, L.L.C., RC Logistics, L.L.C., and Gulf South Pipeline Company, LP in his favor for compensatory damages in an amount reasonable under the circumstances of this cause to be determined by this Honorable Court, plus costs and interest allowed by law on all amounts recovered and for all general and

equitable relief to which Plaintiff may be entitled under the facts and circumstances of this casualty.

                        Respectfully submitted,

                        /s/ Paul M. Sterbcow
                        PAUL M. STERBCOW, T.A. (#17817)
                        IAN F. TAYLOR (#33408)
                        Lewis, Kullman, Sterbcow & Abramson
                        601 Poydras Street, Suite 2615
                        New Orleans, Louisiana 70130
                        (504) 588-1500    Phone
                        (504) 588-1514    Fax
                        Sterbcow@lksalaw.com
                        itaylor@lksalaw.com

**PLEASE SERVE:**

**RC Offshore, L.L.C.**
Through its Attorneys of Record:
Miles P. Clements
Bruce A. Cranner
Brandon K. Thibodeaux
FRILOT L.L.C.
3700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3700

**RC Logistics, L.L.C.**
Through its Attorneys of Record:
Miles P. Clements
Bruce A. Cranner
Brandon K. Thibodeaux
FRILOT L.L.C.
3700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-3700

**Gulf South Pipeline, LP**
Through its Registered Agent:
CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802-6129